UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYDNEY LOBB,<br><br>                    Plaintiff,<br><br>          v.<br><br>FRANK BISIGNANO, Commissioner of<br>Social Security,<br><br>                    Defendant. | Case No.  2:25-cv-0623-WBS-JDP (SS)<br><br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On February 18, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Defendant filed objections on February 27, 2026, and plaintiff filed a response to defendant's objections on March 1, 2026.  Both were considered by the undersigned.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The proposed Findings and Recommendations filed February 18, 2026, are adopted;

2.  Plaintiff's motion for summary judgment, ECF No. 10, is GRANTED;

3.  The Commissioner's cross-motion for summary judgment, ECF No. 14, is DENIED; and

4.  The matter is remanded for further proceedings consistent with this order.

Dated:  March 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2